

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Holcomb Resources, Inc., Appellant

No. 06-21-00049-CV        v.

Oakhollow Group, Ltd., Appellee

Appeal from the 348th District Court of Tarrant County, Texas (Tr. Ct. No. 348-300454-18). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Holcomb Resources, Inc., pay all costs incurred by reason of this appeal.

RENDERED JULY 2, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk